## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN BROWN | No. 1:24-mj-00074-JCN<br><br>**COMPLAINT** |

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Threatening Interstate Communication)

On about February 8, 2024, in the District of Maine and elsewhere, the defendant,

### BENJAMIN BROWN

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on YouTube, "I'm going to go hunting for these illegal immigrants that have talked to these New York police officers I'm going to hunt them down and kill them."

All in violation of Title 18, United States Code, Section 875(c).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

Jonathan Duquette, Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Mar 08 2024

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
*Printed name and title*