UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:24-cr-00045 |
| ) | |
| BENJAMIN BROWN ) | |
| ) | |
| DEFENDANT ) | |
| _____/ | |

**MOTION TO WITHDRAW**

NOW COMES undersigned counsel and respectfully requests he be permitted to withdraw from representing the Defendant in this matter.

Defendant has requested this withdrawal and counsel agrees that the client/attorney relationship has been irrevocably broken.

WHEREFORE, undersigned counsel respectfully requests that he be permitted to withdraw from representation of the Defendant based on the above.

Dated:  July 9, 2024                     */s/Donald F. Brown*
                                         Donald F. Brown, Esq., Bar #8541
                                         Attorney for Defendant Robert Holland
                                         DON BROWN LAW, P.C.
                                         P.O. Box 3370
                                         Brewer, ME  04412
                                         (207) 989-3030

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2024, I filed the foregoing document with the Clerk's Office via ECF which automatically sent a copy of the same to: Alisa Ross, Assistant United States Attorney.

Dated:  July 9, 2024                     */s/Donald F. Brown*
                                         Donald F. Brown, Esq., Bar #8541
                                         Attorney for Defendant
                                         DON BROWN LAW, P.C.
                                         P.O. Box 3370
                                         Brewer, ME  04412
                                         (207) 989-3030