UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN BROWN | No.     1:24-cr-00045-SDN |

**PROSECUTION VERSION OF THE OFFENSE**

On about February 8, 2024, in the District of Maine and elsewhere, the Defendant, Benjamin Brown, did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).  Specifically, the Defendant used the internet to post on YouTube statements threatening to hunt and kill immigrants.

In this regard, on February 20, 2024, the FBI National Threat Operations Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received a voluntary emergency disclosure of information from Google LLC's Cyber Crime Investigation Group, indicating that Google Account Users vnice1937@gmail.com and bennybrown6278@gmail.com had made threats towards immigrants and other elected officials and were stockpiling weapons in preparation for a violent civil war.

Among other things, Google provided records from Google Payment Corp. showing that user bennybrown6278@gmail.com had the following information listed in Google Wallet: Benjamin Brown, an address for an apartment on Spring Street in Waterville, ME, with a phone number ending -8613.  Google records showed that user vnice1937@gmail.com had used the Internet to post several threatening comments on YouTube in February 2024.  Additionally, Google records showed that user

1

bennybrown6278@gmail.com used the Internet to post the following comments on YouTube:

a. "EVERY SINGLE ONE OF THESE ILLEGAL IMMIGRANTS ARE TERRORISTS THAT BROKE INTO OUR COUNTRY AND WE HAVE EVERY LEGAL RIGHT TO KILL THEM AND THAT'S EXACTLY WHAT I'M GOING TO DO AND THERE IS NOT A GODDAMN PERSON WHO'S GOING TO STOP ME NOT THE FBI NOT THE LOCAL POLICE NOT A MOTHERFUCKING SOUL I FUCKING DARE YOU" (Posted on February 8, 2024, at 8:58 PM PST); and

b. "I'M GOING TO GO HUNTING FOR THESE ILLEGAL IMMIGRANTS THAT HAVE TALKED TO THESE NEW YORK POLICE OFFICERS I'M GOING TO HUNT THEM DOWN AND KILL THEM" (Posted on February 8, 2024, at 8:53 PM PST).

On February 20, 2024, FBI Special Agents Dale Wengler and Andrew Drewer went to the Defendant's apartment on Spring Street in Waterville and interviewed him through a closed door. This interaction was recorded on a body-worn camera. Despite multiple requests from the agents, the Defendant would not open the door but acknowledged that he was Benjamin Brown. The agents spoke with the Defendant about his recent posts on YouTube. The Defendant said he was not making threats towards others and that he was not going to hurt himself or anyone else because he is not a violent person. The Defendant stated that illegal immigrants "are invading our country" and that there is "going to be a civil war that breaks out." The Defendant also said that he gets upset and says things online about hunting down illegal immigrants, and even though he said he will buy a gun, he hasn't done so yet and he does not own a firearm.

On March 11, 2024, the Defendant was arrested and interviewed post-*Miranda*. The Defendant admitted that the Google Accounts bennybrown6278@gmail.com and

2

vnice1937@gmail.com were his accounts. During the interview, the Defendant said he uses social media to "vent" and express frustration about the current political climate.

Also on March 11, federal agents executed a search warrant at the Defendant's residence and on his person. From his residence, agents seized two computers, a tablet, storage devices, and a pistol magazine. Additionally, at the time of his arrest, agents located and seized a cell phone from the Defendant's pocket that was assigned a phone number ending -8613. Pursuant to a search of the Defendant's phone and devices, agents found information showing the use and presence of Google accounts bennybrown6278@gmail.com and vnice1937@gmail.com on the Defendant's phone and several of the devices seized from his residence. In response to a search warrant, Google produced certified business records relating to Google accounts bennybrown6278@gmail.com and vnice1937@gmail.com, including records showing that user bennybrown6278@gmail.com sent the above threatening comments.

Had this case proceeded to trial, the Government would have proven the above facts through witness testimony, electronic evidence, photographs, video footage, and certified business records from Google. Specifically, the Government would have offered the testimony of the FBI agents and other law enforcement involved in the investigation concerning the events described above, in addition to testimony relating to an analysis of the Defendant's phone and other devices. Also, the Government would have introduced in evidence photographs taken during the execution of the search warrant on the defendant's residence, as well as body worn camera footage relating to the Defendant's interview and subsequent arrest. The Government would have also offered in evidence certified business records from Google containing the threatening

3

comments made by the Defendant. The evidence would have been sufficient to prove beyond a reasonable doubt the charge contained in the Indictment.

Date: March 24, 2025

Respectfully submitted,
CRAIG M. WOLFF
Acting United States Attorney


BY: */s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Alisa.Ross@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

  Donald F. Brown, Esq.
  Counsel for the Defendant

                                              CRAIG M. WOLFF
                                              Acting United States Attorney

                                          BY: /s/ Alisa Ross
                                              Alisa Ross
                                              Assistant U.S. Attorney
                                              United States Attorney's Office
                                              202 Harlow Street, Suite 111
                                              Bangor, ME 04401
                                              (207) 945-0373
                                              Alisa.Ross@usdoj.gov